UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       Case No. 12-cr-20462
                                          District Judge Paul D. Borman

YOURMINE MINCEY,

    Defendant.
_____/

## REVISED OPINION AND ORDER DENYING DEFENDANT'S SECOND AND THIRD MOTIONS FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)

### DISCUSSION

On September 22, 2022, the Court denied Defendant's first Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 123.)

On January 24, 2023, Defendant filed a second Motion for "Reduction in Sentence 3582.) (ECF No. 125.)

On February 10, 2023, the Government filed a Response in Opposition. On February 28, 2023, Defendant filed a Reply. (ECF No. 130.)

One month later, on March 28, 2023, Defendant filed a third Motion for Reduction in Sentence. On May 3, 2023, Defendant filed an Exhibit "to be attached to the original Motion." (ECF No. 132.)

This Opinion deals with his fully briefed second Motion and finds nothing in his third Motion that requires a response. Defendant's Motions seek release for a

1

variety of reasons. In his second Motion, he does not challenge his sentence. (ECF No. 125.) He discusses various medical situations that he has and many that he might get.

The Government Response in Opposition to Defendant's second Motion pointed out that Defendant's vague description of various ailments he may be experiencing does not establish a compelling reason for release.

The Court notes that in denying the first Motion, that his medical conditions have been well treated within the Bureau of Prisons and are under control. (ECF No. 123, PageID.486, Exhibits A and B.) The Court finds, as well, that at the present time, that is still correct, as the Court has now also read the BOP medical records attached to the Government's Response to Defendant's second Motion. (ECF No. 129-1 and 2.)

The Court commends him for taking classes while in the BOP and notes his release plan.

## CONCLUSION

Less than one year ago, this Court denied Mincey's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 123.) The Court pointed out that he pled guilty to multiple bank robberies where he brandished a loaded revolver, demanded money, and in multiple instances,

threatened to kill bank personnel if they didn't hand over money. (ECF No. 123.) His criminal history is very significant and very serious. (*Id.*)

The 18 U.S.C. § 3553(a) factors establish Defendant's dangerousness to the community if released. His criminal history and his characteristics in his robberies are the most serious. Defendant is receiving proper medical care from the BOP.

He also threatened a female BOP staff member, Dr. Frankie.

There is a need for him to continue serving the sentence imposed to reflect the seriousness of his offenses, to promote respect for the law, to provide just punishment, and to deter others considering such vicious criminal conduct.

The release of this dangerous criminal would clearly put in danger the community he terrorized time and again.

The Court DENIES his second and third Motions for Compassionate Release.

SO ORDERED.

DATED: June 14, 2023                    s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE